# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Orenstein, James | U.S. District Court, E.D.N.Y. | 06/03/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor | New York University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 06/03/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | New York University School of Law | $26,955.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Department of Justice -- U.S. Attorney's Office, Eastern District of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 06/03/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Robert Jones | Tickets to Carnegie Hall opening night gala | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Department of Education Direct Loan Servicing | student loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase bank accounts (with Family Member #2) | A | Interest | J | T | | | | | |
| 2. IBM | A | Dividend | J | T | | | | | |
| 3. Verizon | A | Dividend | J | T | | | | | |
| 4. Nathan Family Real Estate Trust (as appraised on 11/12/2008) | | None | K | Q | | | | | See note, Part VIII |
| 5. JO UBS ACCT (...12) | A | Dividend | J | T | | | | | |
| 6. --UBS Bank USA Deposit Acct. | | None | J | T | | | | | |
| 7. -- UNTS FT TGT VIP 4Q 13 | A | Dividend | J | T | Distributed (part) | 12/16/14 | J | A | Transfer to line 65 |
| 8. JO UBS ACCT (...83) | | None | N | T | | | | | |
| 9. -- JPMorgan 529 Moderate Growth Portfolio Fund Class A | | None | N | T | | | | | |
| 10. JO UBS ROTH (...47) | E | Int./Div. | N | T | | | | | |
| 11. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 12. --Apple Inc | B | Dividend | L | T | | | | | |
| 13. --EMC Corp | A | Dividend | K | T | | | | | |
| 14. --Google Inc | | None | K | T | | | | | |
| 15. --Ishares Trust Core S&P Smallcap | A | Dividend | L | T | | | | | |
| 16. -- Ishares Trust S&P Latin Amer 40 Index Fund | | None | | | Sold | 04/11/14 | J | | |
| 17. --SPDR S&P Midcap 400 | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fidelity Advisor New Insights Fund | C | Dividend | L | T | Buy (add'l) | 12/15/14 | J | | |
| 19. --El Paso Pipeline Partners LP | A | Dividend | | | Sold | 04/11/14 | J | B | |
| 20. --Nuveen Quality Preferred Income Fund 2 | A | Dividend | J | T | | | | | |
| 21. --Nuveen Quality Preferred Income Fund | A | Dividend | J | T | | | | | |
| 22. --Alliance Bernstein High Income Fund | C | Dividend | L | T | Buy (add'l) | 01/02/14 | J | | |
| 23. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 24. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 25. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 26. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 27. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 28. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 29. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 30. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 31. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 32. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 33. --Putnam Diversified Income Trust | B | Dividend | K | T | Buy (add'l) | 04/16/14 | J | | |
| 34. | | | | | Buy (add'l) | 12/09/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Templeton Global Total Return Class A | B | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 36. -- SPDR Gold Trust | | None | J | T | Sold (part) | 11/03/14 | J | A | |
| 37. -- Invesco Balanced-Risk Allocation Fund A | B | Dividend | K | T | Buy (add'l) | 12/15/14 | J | | |
| 38. --Putnam Absolute Return 500 | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 39. -- Putnam Capital Spectrum A | B | Dividend | K | T | Buy (add'l) | 04/16/14 | J | | |
| 40. ▨ #2 UBS ROTH (...48) | D | Int./Div. | M | T | | | | | |
| 41. -- UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 42. -- American Funds Capital World Growth & Income Fund Cl A | A | Dividend | K | T | | | | | |
| 43. -- American Funds New World Fund Cl A | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |
| 44. -- American Funds Smallcap World Fund Cl A | B | Dividend | K | T | Buy (add'l) | 12/29/14 | J | | |
| 45. -- American Funds Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 46. -- American Funds Growth Fund of America Cl A | B | Dividend | J | T | Buy (add'l) | 04/15/14 | J | | |
| 47. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 48. -- American Funds Income Fund of America Cl A | A | Dividend | J | T | Buy (add'l) | 04/15/14 | J | | |
| 49. -- American Funds New Perspective Fund Cl A | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |
| 50. -- American Funds Washington Mutual Investors Fund Cl A | B | Dividend | K | T | Buy (add'l) | 04/15/14 | J | | |
| 51. | | | | | Buy (add'l) | 12/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- American Funds American Balanced Fund Cl A | A | Dividend | J | T | Buy (add'l) | 12/24/14 | J | | |
| 53. -- Kern County CA Municipal Bond | | None | J | T | | | | | |
| 54. JO UBS ACCT (...29) | | None | N | T | | | | | |
| 55. -- Bond Fund of America | | None | K | T | | | | | |
| 56. -- Capital World Growth & Income Fund | | None | L | T | | | | | |
| 57. -- Euro Pac Growth Fund | | None | K | T | | | | | |
| 58. -- Growth Fund of America | | None | K | T | | | | | |
| 59. -- Income Fund of America | | None | K | T | | | | | |
| 60. -- New Perspective Fund | | None | K | T | | | | | |
| 61. -- Smallcap World Fund | | None | K | T | | | | | |
| 62. -- Washington Mutual Investors Fund | | None | K | T | | | | | |
| 63. ▓▓▓ UBS ACCT (...48) | B | Int./Div. | P1 | T | | | | | |
| 64. -- UBS Bank USA Dep Acct | A | Interest | K | T | | | | | |
| 65. -- UNTS FT TGT VIP 4Q 13 | | None | J | T | Spinoff (from line 7) | 12/16/14 | J | | |
| 66. -- Sallie Mae Ednotes Callable | A | Interest | J | T | | | | | |
| 67. -- Long Island NY Pwr Elec Municipal Bonds | | None | | | Sold (part) | 04/21/14 | K | D | |
| 68. | | | | | Sold (part) | 05/06/14 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 07/15/14 | L | D | |
| 70. -- NYC Water Municipal Bonds | A | Interest | | | Redeemed | 06/16/14 | K | | |
| 71. -- NYS Dorm Municipal Bond | | None | | | Sold | 05/05/14 | K | B | |
| 72. -- Oklahoma City OK Municipal Bond | | None | K | T | | | | | |
| 73. -- Indiana Transn Fin Auth Municipal Bond | | None | | | Sold | 12/05/14 | L | B | |
| 74. -- Dry Creek CA Municipal Bond | | None | J | T | | | | | |
| 75. -- Yorba Linda CA Municipal Bond | | None | K | T | | | | | |
| 76. -- DC Washington Mandarin Hotel Municipal Bond | | None | K | T | | | | | |
| 77. -- Palo Alto CA Municipal Bond | | None | | | Sold | 04/08/14 | K | C | |
| 78. -- Adams 12 Five Star Schs Colo Municipal Bond | | None | K | T | | | | | |
| 79. -- New York City SR A Municipal Bond | | None | J | T | | | | | |
| 80. -- Brock Tex Indpt Sch Dst Municipal Bond | | None | K | T | | | | | |
| 81. -- Prosper Tx Isd Rfdg Bk Municipal Bond | | None | | | Sold | 09/08/14 | K | A | |
| 82. -- Medina Valley TX Municipal Bond | | None | K | T | | | | | |
| 83. -- San Rafael CA City Hi GH Municipal Bond | | None | | | Sold | 09/03/14 | L | D | |
| 84. -- Utah Tran Auth Sales Tax Municipal Bond | | None | K | T | | | | | |
| 85. -- Lewisville TX Municipal Bonds | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Manhattan Beach USD Cal Municipal Bond | | None | | | Sold | 09/08/14 | K | D | |
| 87. -- Chicago IL Bd of Ed Municipal Bond | | None | K | T | | | | | |
| 88. -- Athens-Clarke County GA Municipal Bond | A | Interest | K | T | | | | | |
| 89. -- Monterey Peninsula CA Municipal Bond | | None | K | T | | | | | |
| 90. -- Chicago IL Lakefront Municipal Bond | | None | K | T | | | | | |
| 91. -- Houston TX Wtr & Swr Municipal Bond | | None | | | Sold | 04/08/14 | K | C | |
| 92. -- Washington State Ser E Municipal Bond | | None | | | Sold | 09/08/14 | L | D | |
| 93. -- NJ Trans Trust Municipal Bonds | | None | M | T | | | | | |
| 94. -- Wentzville Mo Sch Municipal Bond | | None | L | T | | | | | |
| 95. -- St Johns Cnty FL Wtr Swr Sr B Municipal Bond | | None | K | T | | | | | |
| 96. -- Escondido CA UHSD Municipal Bond | | None | K | T | | | | | |
| 97. -- San Joaquin Delta Commty Ser B Municipal Bond | | None | L | T | | | | | |
| 98. -- Denton TX Indep Sch Municipal Bond | | None | K | T | | | | | |
| 99. -- Mesquite TX ISD Municipal Bond | | None | K | T | | | | | |
| 100. -- Washington St Mtr Vehicl Municipal Bond | | None | L | T | | | | | |
| 101. -- Ennis TX Indpt Sch Dst Municipal Bond | | None | J | T | | | | | |
| 102. -- Evergreen CA Elem Sch Dist Municipal Bond | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Pimco Dynamic Cr Income Fund | A | Dividend | | | Distributed | 04/03/14 | J | | Transfer to line 184 |
| 104. -- John Hancock New York Venture Annuity | | None | N | T | | | | | |
| 105. -- Lincoln Life Moneyguard Reserve | | None | L | T | | | | | |
| 106. ▨ UBS ACCT (...49) | E | Int./Div. | P1 | T | | | | | |
| 107. -- UBS Bank USA Dep Acct | A | Interest | K | T | | | | | |
| 108. -- Apple Computer Inc | B | Dividend | M | T | | | | | |
| 109. -- AT&T Inc | B | Dividend | K | T | | | | | |
| 110. -- Centurylink Inc | A | Dividend | K | T | | | | | |
| 111. -- Kinder Morgan Inc | | None | K | T | Spinoff (from line 147) | 12/02/14 | K | | See note, Part VIII |
| 112. | | | | | Sold (part) | 12/02/14 | J | A | |
| 113. -- Lorillard Inc | B | Dividend | K | T | Buy (add'l) | 03/10/14 | J | | |
| 114. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 115. | | | | | Buy (add'l) | 09/10/14 | J | | |
| 116. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 117. -- Salesforce.com Inc | | None | K | T | | | | | |
| 118. -- Ishares Trust S&P Latin Amer 40 Index Fund | A | Dividend | | | Sold | 09/08/14 | K | D | |
| 119. -- Mainstay Cushing MLP Premier Fund | C | Dividend | L | T | Buy (add'l) | 01/27/14 | J | | See note, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 121. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 122. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 123. -- Fidelity Advisor Biotechnology Fund | A | Dividend | K | T | Buy | 09/04/14 | K | | |
| 124. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 125. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 126. -- Fidelity Advisor New Insights Fund Cl A | D | Dividend | L | T | Buy (add'l) | 12/15/14 | J | | |
| 127. -- Henderson Global Equity Income Fund Cl A | C | Dividend | L | T | Buy (add'l) | 02/28/14 | J | | |
| 128. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 129. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 130. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 131. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 132. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 133. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 134. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 135. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 136. | | | | | Buy (add'l) | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Hennessy Cornerstone Growth Fund Institutional Class | | None | L | T | | | | | |
| 138. -- JP Morgan U.S. Large Cap Core Plus Fund A | C | Dividend | L | T | Buy (add'l) | 12/15/14 | J | | |
| 139. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 140. -- Neuberger Berman Equity Income Fund Class A | D | Dividend | M | T | Buy (add'l) | 03/25/14 | J | | |
| 141. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 142. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 143. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 144. -- Neuberger Berman Intrinsic Value Fund Class A | C | Dividend | L | T | Buy (add'l) | 12/16/14 | J | | |
| 145. -- Oakmark Fund Class I | C | Dividend | L | T | Buy (add'l) | 12/19/14 | J | | |
| 146. -- Oppenheimer Developing Markets Fund Cl A | A | Dividend | K | T | Buy (add'l) | 12/08/14 | J | | |
| 147. -- Kinder Morgan Energy Partners MLP | B | Dividend | | | Distributed | 12/02/14 | K | D | Transfer to line 111 |
| 148. -- Aberdeen Global High Income Fund Class A | C | Dividend | J | T | Buy (add'l) | 01/02/14 | J | | |
| 149. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 150. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 151. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 152. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 153. | | | | | Buy (add'l) | 10/31/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Orenstein, James | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/16/14 | K | | |
| 155. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 156. -- Deutsche Floating Rate Fund Class S | A | Dividend | J | T | Sold (part) | 12/16/14 | K | | |
| 157. -- Loomis Sayles Strategic Income Fund Class A | B | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 158. -- Lord Abbett Floating Rate Fund | B | Dividend | K | T | Buy (add'l) | 05/01/14 | J | | |
| 159. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 160. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 161. | | | | | Buy (add'l) | 08/08/14 | J | | |
| 162. | | | | | Sold (part) | 08/13/14 | J | | |
| 163. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 164. -- Mainstay High Yield Opportunity Class A | B | Dividend | J | T | Buy (add'l) | 08/01/14 | J | | |
| 165. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 166. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 167. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 168. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 169. | | | | | Sold (part) | 12/16/14 | K | | |
| 170. | | | | | Buy (add'l) | 12/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Pimco Total Return Fund Class A | A | Dividend | | | Sold (part) | 04/30/14 | J | | |
| 172. | | | | | Sold (part) | 06/18/14 | J | | |
| 173. | | | | | Sold | 06/20/14 | K | | |
| 174. -- Virtus Multi-Sector Short Term Bond Fund Class A | A | Dividend | | | Sold (part) | 04/08/14 | K | | |
| 175. | | | | | Sold (part) | 04/16/14 | J | | |
| 176. | | | | | Sold | 06/18/14 | K | | |
| 177. -- Gateway Fund Class A | A | Dividend | K | T | | | | | |
| 178. -- Mainstay Marketfield Fund Class I | | None | L | T | | | | | |
| 179. -- Neuberger Berman Long Short Fund Class A | A | Dividend | L | T | Buy (add'l) | 12/22/14 | J | | |
| 180. -- First Eagle Global Fund Class A | C | Dividend | L | T | Buy (add'l) | 12/17/14 | J | | |
| 181. -- DWS Floating Rate Fund Class A | B | Dividend | | | Sold | 08/06/14 | J | | |
| 182. -- Putnam Capital Spectrum Fund Class Y | B | | L | T | Buy | 09/04/14 | L | | |
| 183. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 184. -- Pimco Dynamic Cr Income Fund | A | Dividend | | | Spinoff (from line 103) | 04/03/14 | J | | |
| 185. | | | | | Sold | 04/30/14 | J | | |
| 186. J░░░░ #3 UBS ACCT (...77) | A | Dividend | K | T | | | | | |
| 187. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Amer Funds Capital World Growth & Income Fund Cl A | A | Dividend | K | T | Buy (add'l) | 06/16/14 | J | | |
| 189.  ▓▓▓ #4 UBS ACCT (...79) | A | Dividend | K | T | | | | | |
| 190. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 191. -- Amer Funds Capital World Growth & Income Fund Cl A | A | Dividend | K | T | Buy (add'l) | 06/16/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 06/03/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, generally: For all asset sales resulting in a loss or no net gain, I have left Column D(4) blank. Also, I no longer report "-- Cash" as a separate asset line within individual UBS accounts (as I did in some prior reports), as such information merely duplicates information provided in the line providing the overall value of the account itself. For similar reasons, and to simplify this report, I no longer report on separate lines the movement of money between UBS accounts in connection with transactions reported in the lines for specific assets.

Part VII, line 4: The valuation of my share of the Nathan ____ Real Estate Trust is based on an appraisal of the value of the property held in trust as of January 23, 2008 (the date I inherited my share). The appraisal was reported on November 12, 2008.

Part VII, line 115: The asset formerly reported as Cushing MLP Premier Fund changed its name to Mainstay Cushing MLP Premier Fund on July 11, 2014.

Part VII, lines 111 and 141: Kinder Morgan Energy Partners MLP was merged into Kinder Morgan Inc. and my shares in the former were tendered in exchange for shares in the latter.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Orenstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544